**ORLANDO PETROLEUM COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 78.

Circuit Court of Appeals, Tenth Circuit.
Aug. 7, 1930.

Lillard, Hurd & Eidson, of Topeka, Kan., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed August 7, 1930, per stipulation.

**OSAGE OIL AND REFINING COMPANY v. CONTINENTAL OIL COMPANY.**

No. 240.

Circuit Court of Appeals, Tenth Circuit.
June 18, 1930.

J. E. Whitehead, of Dallas, Tex., for appellant.

Ray S. Fellows, of Tulsa, Okl., for appellee.

Before LEWIS, COTTERAL, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 18, 1930, at appellant's costs, on motion of appellee.

**James PERRY v. J. W. HUNDLEY et al.**

No. 318.

Circuit Court of Appeals, Tenth Circuit.
July 12, 1930.

Mansfield, Brunson, Kemp & Ahrens, of Ada, Okl., for appellant.

Harrell & Kerr, of Ada, Okl., for appellees.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed July 12, 1930, on joint motion of appellant and appellees.

**Max PULLIAM v. T. B. WHITE, Warden.**

No. 348.

Circuit Court of Appeals, Tenth Circuit.
Sept. 8, 1930.

R. Shad Bennett, of St. Louis, Mo., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed September 8, 1930, for lack of merit.

**John R. SALEEBY, Bankrupt, Appellant, v. Chas. B. McLEAN, Trustee in Bankruptcy of the Estate of John R. Saleeby, Bankrupt, Appellee.**

No. 3042.

Circuit Court of Appeals, Fourth Circuit.
May 24, 1930.

William A. Lucas, of Wilson, N. C., for appellant.

David W. Isear, of Wilson, N. C., for appellee.

PER CURIAM.

Cause docketed on original appeal papers, and dismissed under Rule 20 per agreement of counsel.